UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   BRANDON J HUDSON SR             §
                                          §    Case No.: 11-12295
                                          §
                                          §
         Debtor(s)                        §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/24/2011.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/13/2011.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 6

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    2,900.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor      $_____.00__

    Less amount refunded to debtor      $_____.00__

**NET RECEIPTS**      $_____.00__

---

**Expenses of Administration:**

    Attorney's Fees Paid through the Plan      $_____.00__

    Court Costs      $_____.00__

    Trustee Expenses and Compensation      $_____.00__

    Other      $_____.00__

**TOTAL EXPENSES OF ADMINISTRATION**      $_____.00__

Attorney fees paid and disclosed by debtor      $_____.00__

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HERITAGE ACCEPTANCE | SECURED | 6,655.00 | 10,563.55 | 10,209.00 | .00 | .00 |
| HERITAGE ACCEPTANCE | UNSECURED | 3,554.00 | .00 | 354.55 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 939.00 | 939.84 | 939.84 | .00 | .00 |
| CITY OF JOLIET PARKI | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 258.00 | NA | NA | .00 | .00 |
| COMED | UNSECURED | 354.00 | NA | NA | .00 | .00 |
| WOW HARVEY | UNSECURED | 352.00 | NA | NA | .00 | .00 |
| COMCAST CHICAGO | UNSECURED | 211.00 | NA | NA | .00 | .00 |
| DEPT OF EDUCATION/SA | UNSECURED | 3,412.00 | .00 | .00 | .00 | .00 |
| DEPT OF EDUCATION/SA | UNSECURED | 2,029.00 | .00 | .00 | .00 | .00 |
| DEPT OF EDUCATION/SA | UNSECURED | 1,813.00 | .00 | .00 | .00 | .00 |
| DEVRY INC | UNSECURED | 360.00 | .00 | .00 | .00 | .00 |
| FIRST BANK OF DELAWA | UNSECURED | 708.00 | NA | NA | .00 | .00 |
| LOAN EXPRESS CO | UNSECURED | 298.00 | 298.00 | 298.00 | .00 | .00 |
| QC HOLDINGS | UNSECURED | 218.00 | NA | NA | .00 | .00 |
| DEVRY | UNSECURED | 1,475.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 541.00 | 541.19 | 541.19 | .00 | .00 |
| MOHELA | UNSECURED | 2,525.00 | .00 | .00 | .00 | .00 |
| MOHELA | UNSECURED | 1,586.00 | .00 | .00 | .00 | .00 |
| NEIGHBORHOOD AUTO SA | UNSECURED | 2,908.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 5,423.04 | 5,423.04 | .00 | .00 |
| VILLAGE OF CALUMET P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF CALUMET P | UNSECURED | 250.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| VILLAGE OF CALUMET P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF CALUMET P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF CALUMET P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF CALUMET P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,200.00 | 1,711.72 | 1,711.72 | .00 | .00 |
| RESURGENCE FINANCIAL | UNSECURED | 4,200.00 | 5,165.84 | 5,165.84 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 318.00 | 318.63 | 318.63 | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 924.00 | NA | NA | .00 | .00 |
| VILLAGE OF CALUMET P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| UNITED CREDIT RECOVE | UNSECURED | NA | 273.39 | 273.39 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 24.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
===============================================================================
 Summary of Disbursements to Creditors:

                                       Claim          Principal        Int.
                                       Allowed         Paid            Paid
 Secured Payments:
     Mortgage Ongoing                        .00            .00            .00
     Mortgage Arrearage                      .00            .00            .00
     Debt Secured by Vehicle           10,209.00            .00            .00
     All Other Secured                       .00            .00            .00
 TOTAL SECURED:                        10,209.00            .00            .00

 Priority Unsecured Payments:
     Domestic Support Arrearage              .00            .00            .00
     Domestic Support Ongoing                .00            .00            .00
     All Other Priority                    24.00            .00            .00
 TOTAL PRIORITY:                           24.00            .00            .00

 GENERAL UNSECURED PAYMENTS:           15,026.20            .00            .00
===============================================================================

===============================================================================
 Disbursements:

     Expenses of Administration        $          .00
     Disbursements to Creditors        $          .00

 TOTAL DISBURSEMENTS:                                 $          .00
===============================================================================
```

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/20/2011                    /s/ Tom Vaughn
                                     Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**